PEOPLE v JACKMAN. Appeal from Wayne, James N. Canham, J. Submitted Division 1 April 4, 1972, at Grand Rapids. (Docket No. 13144.) Decided May 5, 1972. Leave to appeal denied, 388 Mich 796.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas M. Khalil*, Assistant Prosecuting Attorney, for the people.

*Richard S. McMillin*, Assistant State Appellate Defender, for defendant.

Before: T. M. BURNS, P. J., and FITZGERALD and R. B. BURNS, JJ.

Memorandum Opinion. Defendant was convicted of drawing a check upon a bank without any bank account and appeals. The people have filed a motion to affirm.

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.